EDWARD H. KUBO. JR.   (2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   (2286)
Chief, Narcotics Section

MICHAEL K. KAWAHARA   (1460)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: mike.kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00113 DAE |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| vs. ) | |
| ) | |
| YONG KIM,                (01) ) | |
| Y.K.B., Inc., doing      (02) ) | |
| business as "Brudda's ) | |
| Market," ) | |
| ) | |
| Defendants. ) | |
| ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on April 8, 2005, this Court entered a Preliminary Order of Forfeiture, ordering Defendants YONG KIM and Y.K.B., Inc., doing business as "Brudda's Market," to forfeit their interest in the following properties:

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 1 | 26 glass pipes, marked as "incense burner" kits |
| 2 | 10 glass pipes, marked as "incense burner" kits |
| 3 | 10 glass pipes, marked as "incense burner" kits |
| 4 | 21 glass pipes, marked as "incense burner" kits |
| 5 | 37 glass pipes, marked as "incense burner" kits |
| 6 | 31 glass pipes |
| 7 | 34 glass pipes |
| 8 | 30 metal mesh screens |
| 10 | 43 copper pads |
| 11 | 6 glass pipes |
| 12 | Numerous plastic ziplock bags |
| 13 | 5 glass pipes, marked as "incense burner" kits |
| 14 | 3 glass pipes, marked as "incense burner" kits |
| 15 | 27 glass pipes, marked as "incense burner" kits |
| 16 | 22 glass pipes, marked as "incense burner" kits |
| 17 | Numerous plastic ziplock bags |
| 18 | Numerous plastic ziplock bags |
| 19 | Numerous plastic ziplock bags |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 20 | Numerous plastic ziplock bags |
| 21 | Numerous plastic ziplock bags |
| 22 | 17 packets of plastic ziplock bags |
| 23 | 41 glass pipes |
| 24 | 128 torch lighters |
| 25 | 84 metal/plastic pipes |
| 26 | 9 micro torch lighters |
| 27 | 1 large glass pipe |
| 28 | 11 glass pipes |
| 29 | 3 plastic "cocaine bullets" |
| 30 | 29 torch lighters |
| 31 | 24 metal/wood pipes |
| 32 | 7 mechanical scales |
| 33 | 13 electronic digital scales and 3 mechanical scales |
| 34 | 7 glass pipes |
| 35 | 13 torch lighters |
| 36 | Numerous plastic ziplock bags |
| 38 | 25 torch lighters |
| 39 | 20 glass pipes, marked as "incense burner" kits |
| 40 | 20 glass pipes, marked as "incense burner" kits |
| 41 | 25 glass pipes, marked as "incense burner" kits |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 42 | 20 glass pipes, marked as "incense burner" kits |
| 43 | 27 glass pipes, marked as "incense burner" kits |
| 44 | 21 glass pipes, marked as "incense burner" kits |
| 45 | 6 torch lighters |
| 46 | 7 copper pads |
| 47 | Numerous plastic ziplock bags |
| 48 | 48 torch lighters |
| 49 | 27 torch lighters |
| 50 | 185 torch lighters |
| 51 | 15 metal/wood/glass pipes |
| 52 | 12 metal/wood/glass pipes |
| 53 | 65 torch lighters |
| 54 | 85 torch lighters |
| 55 | 87 torch lighters |
| 56 | 12 torch lighters |
| 57 | 25 torch lighters |
| 58 | 73 torch lighters |
| 59 | 42 torch lighters |
| 60 | Numerous plastic ziplock bags |
| 61 | Numerous circular metal screens |
| 64 | 2 boxes of copper pads |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 65 | 1 glass pipe, marked as "incense burner" kits |
| 66 | 1 glass pipe |
| 67 | 3 glass pipes, marked as "incense burner" kits |
| 68 | Numerous plastic ziplock bags |
| 69 | Numerous plastic ziplock bags |
| 70 | 22 glass pipes |
| 71 | 69 glass pipes |
| 72 | 51 glass pipes |
| 73 | 10 mechanical scales |
| 74 | 3 glass pipes |
| 75 | Numerous plastic ziplock bags |
| 76 | Numerous plastic ziplock bags |
| 77 | Numerous plastic ziplock bags |
| 78 | Numerous plastic ziplock bags |
| 79 | Numerous plastic ziplock bags |
| 80 | Numerous plastic ziplock bags |
| 81 | Numerous plastic ziplock bags |
| 82 | Numerous plastic ziplock bags |
| 83 | 2 electronic digital scales and 3 mechanical scales |
| 84 | Numerous plastic ziplock bags |
| 85 | Numerous plastic ziplock bags |
| 86 | 8 torch lighters |

| Evidence Item#: | Description of drug paraphernalia: |
|---|---|
| 87 | Numerous plastic ziplock bags |
| 01 | 25 glass pipes |
| 02 | Numerous plastic bags |
| 03 | 4 plastic bags containing glass pipes |
| 04 | 21 glass pipes |
| 05 | 28 glass pipes |
| 06 | 1 box of miscellaneous plastic bags |
| 07 | 1 brown paper bag containing bottles of mannitol |

(hereinafter collectively referred to as the "Subject Properties") and

    WHEREAS, the United States caused to be published in the Honolulu Advertiser, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the Subject Properties in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Subject Properties; and

    WHEREAS, no timely claim has been filed; and

    WHEREAS, the Court finds that defendants Yong Kim and Y.K.B., Inc., doing business as Brudda's Market, had an interest

in the Subject Properties that is subject to forfeiture pursuant to 21 U.S.C. § 863(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Properties are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 863(c);

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Properties described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

IT IS FURTHER ORDERED that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund in accordance with law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: 2/27/06, at Honolulu, Hawaii.

UNITED STATES DISTRICT JUDGE

USA v. Yong Kim and Y.K.B., Inc., doing business as "Brudda's Market"; Cr. No. 05-00113 DAE; "Final Order of Forfeiture"

7